IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT Z. DAVIS,

                                    Case No. 10-13425

         Plaintiff,             Hon. Mark A. Goldsmith

v.

WAYNE STATE UNIVERSITY and
WAYNE STATE UNIVERSITY PHYSICIANS GROUP,

         Defendants.

---

| THE KIENBAUM LAW GROUP, P.C. | WAYNE STATE UNIVERSITY |
|---|---|
| By:   Karen S. Kienbaum (P25283) | By:   Linda M. Galante (P35914) |
| Attorneys for Plaintiff | Attorney for Defendant Wayne State University |
| 400 Monroe Street, Suite 470 | Wayne State University Office of General Counsel |
| Detroit, MI 48226 | 656 W. Kirby, Suite 4259 F.A.B. |
| (313) 977-0700; fax (313) 967-0700 | Detroit, MI 48202 |
| | (313) 577-2268; fax (313) 577-8877 |
| | |
| | HALL RENDER KILLIAN HEATH & LYMAN, PLLC |
| | By:   Bruce M. Bagdady (P40476) |
| | By:   Jonathon A. Rabin (P57145) |
| | Attorneys for Defendant WSUPG |
| | 201 West Big Beaver Road, Suite 1200 |
| | Troy, MI 48084 |
| | (248) 740-7505; fax (248) 740-7501 |

_____/

## **STIPULATED PROTECTIVE ORDER**

This matter having come before the Court upon the stipulation of the parties, wherein they seek a Protective Order preserving the confidentiality of certain documents produced in this litigation, and the Court having reviewed the parties' stipulation and being fully advised in the premises;

**NOW, IT IS HEREBY ORDERED:**

1. All records of the kind referenced below, shall be protected by this Order and may be used solely in connection with the instant litigation. This applies to the documents themselves, and the information contained in the documents.

    a. Plaintiff's tax returns and schedules,

    b. Plaintiff's medical records, and

    c. Defendants' corporate documents.

2. The parties shall not make any such confidential document, or the information contained therein, available to any person except:

    a. Attorneys engaged or employed by the parties in the litigation of this action;

    b. Support staff for the attorneys referenced in 2(a) as deemed necessary by the attorneys for preparation and use during litigation;

    c. Mediators, facilitators, arbitrators, or case evaluation panels and their staff;

    d. Expert witnesses consulted or retained by a party; or

    e. As otherwise provided in this or further Orders of the Court.

    When any documents are disclosed to the above described persons, the attorneys shall advise such persons that the documents are confidential and subject to the terms of this Order and shall provide such persons with a copy of this Order together with the disclosed documents.

3. Nothing in Paragraph 2 (with the exception of the Court's determination in accordance with Paragraph 4) shall prevent the parties from using the confidential documents, or information contained therein, at any proceeding in this action such as, but not limited to:

    a. Discovery depositions;

       b. Motions, briefs and pleadings;

       c. Any form of facilitative mediation;

       d. Argument before the Court; and

       e. Trial or appeal.

4. The parties are bound by the Rules governing the redaction of electronically filed records, including Social Security numbers, names of minor children, financial account numbers, and dates of birth.

5. Upon the conclusion of this action by settlement, trial, any appeal therefrom, or upon further Order of the Court, all such documents shall remain confidential and cannot be used by the parties for any manner inconsistent with this Order.

**SO ORDERED.**

Dated: December 20, 2010                          s/Mark A. Goldsmith
                                                          MARK A. GOLDSMITH
                                                          United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 20, 2010.

                                                                    s/Deborah J. Goltz
                                                                    DEBORAH J. GOLTZ
                                                                    Case Manager

We hereby stipulate to the content and form of the above Order.


/s/ Karen S. Kienbaum
THE KIENBAUM LAW GROUP, P.C.
By:  Karen S. Kienbaum (P25283)
Attorney for Plaintiff
400 Monroe Street, Suite 470
Detroit, MI  48226
313-967-0700; fax 313-967-0244
ksk@ksklaw.com


/s/ Jonathan Rabin (with consent)
HALL RENDER KILLIAN HEATH & LYMAN, PLLC
Bruce M. Bagdady (P40476)
Jonathan A. Rabin (P57145)
Attorneys for Defendant WSUPG
201 West Big Beaver Road, Suite 1200
Troy, MI 48084
248-740-7505
jrabin@hallrender.com


/s/ Linda Galante (with consent)
Wayne State University
Office of the General Counsel
Linda M. Galante (P35914)
Attorney for Defendant WSU
656 W. Kirby, 4249 F.A.B.
Detroit, MI  48202
313-577-2268; fax 313-577-8877
lgalante@wayne.edu